```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ANTHONY MEDINA,                                             :
                                                            :
                Plaintiff,                                  :
                                                            :
        -against-                                           :
                                                            :       ORDER
WARDEN GONZALEZ, ET AL.,                                    :       08 Civ. 1520 (BSJ)(KNF)
                                                            :
                Defendants.                                 :
------------------------------------------------------------X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 06/18/08

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

   IT IS HEREBY ORDERED that: (1) the Superintendent or other official in charge of the Wende Correctional Facility shall provide inmate Anthony Medina, DIN No. 99-A-2999, a private room, with telephone service, a private room, with telephone service, so that he may participate telephonically with counsel to the defendants and the Court in a conference call initiated by counsel to the defendants to (212) 805-6705, at 2:00 p.m., on July 1, 2008; (2) plaintiff Anthony Medina shall appear in a private room, designated by the Superintendent or other official in charge of the Wende Correctional Facility, to participate in said telephonic conference; and (3) Assistant Corporation Counsel, Brian Francola, is directed to serve a copy of this Order on the Superintendent or other official in charge of the Wende Correctional Facility, expeditiously.

Dated: New York, New York
       June 17, 2008

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

Copies mailed to:
Anthony Medina
Brian Francola, Esq.