UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
ANTHONY MEDINA,
:
        Plaintiff,
:
        -against-        :   ORDER

:   08 Civ. 1520 (BSJ)(KNF)
WARDEN GONZALEZ, ET AL.,
:
        Defendants.
------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    A telephonic pretrial conference was held with counsel to the defendants and plaintiff pro se on July 1, 2008. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

1.    all discovery, of whatever nature, shall be initiated so as to be completed on or before January 6, 2008;

2.    a telephonic status conference will be held with the parties on December 8, 2008, at 2:00 p.m. Counsel to the defendants shall initiate the telephonic conference on that date to (212) 805-6705;

3.    a settlement conference shall be held with the parties on February 2, 2009, at 2:00 p.m., in Courtroom 20A. The procedures under which the settlement conference will be conducted are being provided to the parties with a copy of this order;

4.    on or before July 15, 2008, counsel to the defendants shall either advise the plaintiff that those former New York City Department of Corrections employees who have not been served in this action have agreed to permit the New York City

Department of Corrections to accept service on their behalf or provide the plaintiff with the last known address of each such person so that the plaintiff may attempt to effect service on them; and

5. on or before February 27, 2009, the parties shall submit their joint pretrial order to the Court for its review. That document must conform to the requirements for such an order that are found in the Individual Rules of Practice of the assigned district judge

Dated: New York, New York
July 2, 2008

Copies mailed to:

Anthony Medina
Brian Francola, Esq.

SO ORDERED:

*/Kevin Nathaniel Fox/*
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE