UNITED STATES FOR THE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ANTHONY MEDINA,                                  :

         Plaintiff,                                :

    -against-                                    :      ORDER

WARDEN GONZALEZ, CAPTAIN MENGE,     :
CAPTAIN S. GRAHAM, CAPTAIN BOYD,
CORRECTION OFFICER S. TRAIL,                :      08 Civ. 01520 (BSJ)(KNF)
CORRECTION OFFICER McDONALD,
CORRECTION OFFICER M. LONNBORG,     :
CORRECTION OFFICER BOWDEN,
CORRECTION OFFICER JOHN DOE ONE,     :
CORRECTION OFFICER JOHN DOE TWO,
CORRECTION OFFICER JOHN DOE THREE,  :
CAPTAIN JANE DOE,
                                                              :
         Defendants.
------------------------------------------------------------x
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    In a writing dated March 30, 2009, the plaintiff requests that the defendant send him an enlarged copy of his deposition transcript to enable his prompt review and correction of it. In addition, the plaintiff responds to the defendants' March 24, 2009 letter, which stated that: (1) the defendants provided the plaintiff with the proper service addresses for, inter alia, Correction Officer Lonnberg ("Lonnberg") and Captain Menge ("Menge"); (2) service was attempted on these defendants in January 2009; and (3) service was unexecuted on these defendants through no fault of the defendants. The plaintiff contends, in his March 30, 2009 writing, it is not his fault service of process on Menge and Lonnberg was returned unexecuted, since he provided the United States Marshals ("Marshals") the "exact address" the defendants provided to him to effect service on these defendants: 60 Hudson Street, 6th Floor, New York, NY 10013. However, the

unexecuted summonses for Menge and Lonnberg show they were addressed to "11-11 Hazen St. East Elmhurst, New York, 11370," an address different from that which the defendants provided to the plaintiff.

IT IS HEREBY ORDERED, that the defendants provide Medina with an enlarged copy of his deposition transcript, as the defendants have agreed previously to provide enlargements of all documents they send to the plaintiff, to accommodate his alleged visual impairment. The plaintiff may re-attempt service of process on Menge and Lonnberg, using the address provided to him by the defendants. The Pro Se Office, of this judicial district, shall provide the plaintiff with the forms necessary to enable him to re-attempt service of process on Menge and Lonnberg.

Dated: New York, New York
      April 22, 2009

SO ORDERED:

_Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

Mailed copies to:

Anthony Medina
Brian Christopher Francolla, Esq.
Pro Se Clerk