UNITED STATES FOR THE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ANTHONY MEDINA,                                 :

          Plaintiff,                          :

    -against-                                  :        ORDER

WARDEN GONZALEZ, ET AL.,                        :        08 Civ. 01520 (BSJ)(KNF)

          Defendants.                         :
------------------------------------------------------------x

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    A telephonic conference was held with counsel to the defendants and plaintiff pro se on July 28, 2009. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

1. the time for the parties to complete their pretrial discovery activities is enlarged to October 1, 2009;

2. on or before August 17, 2009, the plaintiff shall serve and file his motion to compel discovery;

3. on or before August 31, 2009, the defendants shall serve and file their response to the motion;

4. on or before September 14, 2009, the plaintiff shall serve and file his reply;

5. the defendants shall certify to the plaintiff, in writing, that no photograph of the plaintiff responsive to his discovery demands exists; and

6. if feasible, the defendants shall disclose to the plaintiff x-rays taken of him, that are in the defendants' possession, using computer software available to the defendants.

Dated: New York, New York
July 29, 2009

Mailed copies to:

Anthony Medina (in enlarged font)
Brian Christopher Francolla, Esq.

SO ORDERED:

*Kevin Nathaniel Fox*

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE