UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ANTHONY MEDINA,                              :

          Plaintiff,                          :

          -against-                           :        ORDER

WARDEN GONZALEZ, ET AL.,                     :        08 Civ. 1520 (BSJ)(KNF)

          Defendants.                         :

------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/7/09
```

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that a telephonic conference shall be held in the above-captioned action on October 20, 2009, at 11:00 a.m. The telephonic conference shall be initiated by counsel to the defendants to (212) 805-6705.

Dated: New York, New York
       October 6, 2009

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

Copies mailed to:
Anthony Medina
Brian Francolla, Esq.